UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO: 2:11-CR-00030-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES HOWARD WINSLOW | ) | |

This matter is before the court on defendant's motion for authorization of the payment of paralegal services in the amount of $2,175.50. As judgment was entered in the case in June, and as is apparent from the motion, the services have already been rendered.

Pursuant to 18 U.S.C. § 3006A(e)(2)(A), counsel is required to obtain prior authorization for services whose costs exceeds $800. However, "[t]he court . . . may, in the interest of justice, and upon the finding that timely procurement of necessary services could not await prior authorization, approve payment for such services after they have been obtained, even if the cost of such services exceeds $800." 18 U.S.C. § 3006A(e)(2)(B).

Here, counsel did not obtain prior authorization, and the motion does not indicate why. Within 10 days, counsel may file a supplement to the motion with any information to support a finding that timely procurement of the paralegal services could not await prior authorization.

This 6 September 2012.

_____
W. Earl Britt
Senior U.S. District Judge