UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO: 2:11-CR-00030-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES HOWARD WINSLOW | ) | |

This matter is before the court on defendant's motion for authorization of the payment of paralegal services in the amount of $2,175.50. By order of 6 September 2012, the court permitted counsel to file a supplement to the motion with any information to support a finding that timely procurement of the paralegal services could not await prior authorization pursuant to 18 U.S.C. § 3006A(e)(2)(B). On 17 September 2012, counsel filed a supplement to the motion. (DE # 39.) In the supplement, counsel states that she was unaware of the pre-authorization requirement. (Id.) The court is unable to conclude that timely procurement of the services could not await pre-authorization. The court will, however, authorize payment of fees in an amount not to exceed $800. See 18 U.S.C. § 3006A(e)(2)(A). The motion is ALLOWED IN PART and DENIED IN PART.

This 18 September 2012.

_____
W. Earl Britt
Senior U.S. District Judge