IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO.: 2:11-CR-30-1BR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ORDER |
| JAMES HOWARD WINSLOW, | ) |
| Defendant. | ) |

For good cause having been shown upon the government's motion, it is hereby ordered that the Court's Financial Section is authorized to provide a non-cash credit of $1,242,479.63 toward the restitution ordered in this case.

This 2 September 2014.

_____
W. Earl Britt
Senior U.S. District Judge